# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph M. Mendoza, a married man, | No. CV-13-01462-PHX-DGC |
|      Plaintiff, | |
| vs. | **ORDER** |
| John P. and Dolores A. Klokinis, husband and wife; *et al.*, | |
|      Defendants. | |

The Court has received and considered the Plaintiff's unopposed motion for an extension of time to file motion for an award of attorneys' fees and related non-taxable expenses (Doc. 40);

**IT IS ORDERED** that the Plaintiff's motion (Doc. 40) is **granted**.  Plaintiff  may have up to and including Friday, February 14, 2014 to file his motion for an award of attorneys' fees and related non-taxable expenses.

DATED this 27th day of January, 2014.

David G. Campbell
United States District Judge